

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,920-01

### EX PARTE NATHAN ANDREW HARWELL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR11-0753-01 IN THE 43RD DISTRICT COURT
### FROM PARKER COUNTY

*Per curiam*. *Yeary, J., filed a dissenting opinion*.

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to online solicitation of a minor and was sentenced to six years' imprisonment. He did not appeal his conviction.

Applicant contends that his conviction should be set aside because the statute of conviction was declared unconstitutional by this Court in *Ex part Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). The trial court has determined that Applicant is entitled to have his conviction set aside under *Ex parte Lo*.

Relief is granted. The judgment in Cause No. CR11-0753 in the 43rd District Court of Parker County is set aside, and the cause is remanded so that the trial court can dismiss the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 4, 2016
Do not publish